IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Edna Durant : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-419 |
| vs. : | |
| : | Magistrate Judge Jack Sherman, Jr. |
| Summit Behavioral Healthcare System : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that defendant's motion for summary judgment is GRANTED; and this case is CLOSED and STRICKEN from the active docket of this court.


10/6/03                                                                                  Kenneth Murphy, Clerk


                                                                                         _s/Bill Miller_
                                                                                         Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.