**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Edna Durant
   3645 Brooks Ave.
   Cinti, OH 45207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Edna Durant   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Edna Durant                    10-2-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0860 0006 5229 4434

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

THURSDAY
U.S. MARSHALS SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE CINCINNATI OH 452
PM 6 7 OCT 2003

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 E. FIFTH STREET, RM #124
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:02cv419
#36437 bm