UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 OCT -9 PM

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Plaintiff(s)
Edna Durant
3645 Brooks Av

Case No. C 12-419

vs.

Defendant(s)
Summit Behavioral
Health Care

**APPLICATION / MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(INFORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?  Yes ____   No ✓
   A. If you answered "Yes":
      (1) What is the name and address of your employer?
         Retired

      (2) How much do you earn per month?
         $17.00

   B. If you answered "No":
      (1) Have you ever been employed?  Yes ✓  No ____
      If yes, what was the last year and month you were employed? MAY 31
      How much did you earn a month? 1700.

II. What is your marital status?
   Single ✓   Married ____   Widowed ____   Divorced ____
   A. If you answered "Married":
      (1) Is your spouse employed?  Yes ____  No ____
      If yes, how much does your spouse earn each month?
      $ _____

III. Do you have any dependents?  Yes ____  No ____
   A. If you answered "Yes" list each dependent's name, age, and their relationship to you:

| Name | Age | Relationship |
|---|---|---|
| Edna Durant | | Myself |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes ____  No ____
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| | $ | | $ 0 |
| | $ | | $ |
| | $ | | $ |

V. Do you have any cash on hand or money in a savings, checking, or other account?   Yes ✓   No ___
  A. If you answered "Yes", state the combined total amount:
  $ 700.00

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?   Yes ✓   No ___
  A. If you answered "Yes", describe each piece of property and state its value:

| Property | Value | Property | Value |
|---|---|---|---|
| house | $ | | $ 95 |
| 88 Chevy Station Wagon | $ | | $ 2,000 |
| 94 Chevy | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill / obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| United Credit | $ 7,010 | | $ |
| State Credit | $ 22,000 | | $ |
| Standard Federal | $ 4,000 | | $ |
| Ambro Mortage | $ 85,000 | | |

VIII. State your address and a telephone number where the Court can reach you.
3645 Brooks Av 45207
531-7311

I declare under penalty of perjury that the above information is true and correct.

Oct 9 - 03              Edna Durant
Date                    Signature of Applicant