**United States District Court for the Southern District of Ohio**

FILED
KENNETH J. MURPHY
CLERK

03 OCT -9 PM 3:51

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Edna Durant

_____

Plaintiff,

vs.                                    CASE NO. C-12-419

Summit Behavioral
Health Care

_____

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Edna Durant hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from Final Judgment
(the final judgment) (from an
order entered in this action on the 3 day of
order (describing it))

October , 03.

(s) Edna Durant

Address: 3645 Brooks
Cin Ohio
45207

Attorney for: Pro Se

6CA-3
1/99