# TRANSMISSION FORM

| District Court: | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| S.D. of Ohio (Western Division) | |
| District Court Case No: 1:02cv419 | Court of Appeals Case No: |
| SHORT CAPTION | 03-4328 |
| * EDNA DURANT | Case Manager: TERESA BERTKE |
| Plaintiff/Petitioner | Date Filed: |
| vs. | **FILED** |
| SUMMIT BEHAVIORAL HEALTHCARE SYSTEM | OCT 1 5 2003 |
| **RECEIVED** OCT 1 4 2003 Leonard Green Clerk | LEONARD GREEN, Clerk |
| Defendant/Respondent 3645 Brooks Cincinnati, Ohio 45207 | |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: Jack Sherman, Jr., Magistrate Judge | Anything That Needs Special Attention |
| Court Reporter(s): | Notice of Appeal (doc.#39) appealing Order (doc.#36) and Judgment(doc.#37). |
| From Deputy Clerk: Arthur Hill | |
| Date: October 14, 2003 | |
| $105.00 Appeal Filing Fee Paid? No | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)     Volume(s)

Transcript(s)   Volume(s)        **Sealed**     Volume(s)

　　**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **KENNETH J. MURPHY**
United States District Court