No. 03-4328

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| EDNA DURANT, | ) | |
| | ) | **FILED** |
| Plaintiff-Appellant, | ) | |
| | ) | APR 01 2004 |
| v. | ) O R D E R | |
| | ) | LEONARD GREEN, Clerk |
| SUMMIT BEHAVIORAL HEALTHCARE CENTER, | ) | |
| | ) | 1:02cv0419 |
| Defendant-Appellee. | ) | |
| | ) | |

Edna Durant, a pro se Ohio litigant, appeals a district court judgment dismissing her employment discrimination complaint filed under 42 U.S.C. § 2000e-5. The district court has denied her permission to proceed in forma pauperis on appeal and has certified that any appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). Durant now moves the court pursuant to Fed. R. App. P. 24(a)(5) to grant her permission to proceed in forma pauperis on appeal.

Upon review, the motion is hereby denied because this appeal would clearly be frivolous. See *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Durant is directed to pay the $105 appellate filing fee in full with the district court within 30 days of the date of this order, or else this appeal will be dismissed for lack of prosecution.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk