IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EDNA DURANT, | : | |
| Plaintiff, | : | Case No. C1-02-419 |
| vs. | : | Judge Dlott |
| | : | Magistrate Judge Sherman |
| SUMMIT BEHAVIORAL HEALTHCARE SYSTEM, | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Now comes Joseph N. Rosenthal, as counsel, and states that he is substituting for Robert L. Griffin as counsel on behalf of the Defendants. Please direct all further mailings to the new counsel at the address listed below.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General of Ohio

*/s/ Joseph N. Rosenthal*
JOSEPH N. ROSENTHAL (0018117)
Assistant Attorney General
Employment Law Section
150 East Gay Street, 22nd Floor
Columbus, Ohio  43215-3167
(614) 644-7257  Telephone
(614) 752-4677  Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was served upon Plaintiff, Edna Durant, 3645 Brooks Avenue, Cincinnati, Ohio 45207, by first-class United States Mail, postage pre-paid, this 30th day of April, 2004.

*/s/ Joseph N. Rosenthal*
JOSEPH N. ROSENTHAL
Assistant Attorney General