No. 03-4328

INFORMATION COPY
MANDATE NOT YET ISSUED
DIS. CT. # 02-00419

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

MAR 1 5 2005

LEONARD GREEN, Clerk

| | |
|---|---|
| Edna Durant, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | )  O R D E R |
| | ) |
| Summit Behavioral Healthcare Center, | ) |
| | ) |
| Defendant-Appellee. | ) |

1:02cv419

Before: BATCHELDER and DAUGHTREY, Circuit Judges; O'KELLEY, District Judge.*

Upon consideration of the petition for rehearing filed by the appellant Edna Durant,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

**ENTERED BY ORDER OF THE COURT**

_Leonard Green_
**Clerk**

---

*The Honorable William C. O'Kelley, United States District Judge for the Northern District of Georgia, sitting by designation.