UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

05 MAR 25 AM 11:44

No: 03-4328

Filed: March 24, 2005

EDNA DURANT

    Plaintiff - Appellant

v.

1: 02 cv 419

SUMMIT BEHAVIORAL HEALTHCARE CENTER

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 2/15/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk